FW 4000003843

NOV 12 2024 AM 10:35
FILED-USDC-NDTX-FW

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

V.                                                          Case No. 4:24-CR-001

JOHN ANTHONY CASTRO

## NOTICE OF APPEAL

Defendant John Anthony Castro, pro se, hereby files this notice of appeal of both the verdict as well as the sentencing.

It is the intent of Defendant that this Court retain jurisdiction until the following motions currently pending before the Court are resolved so that they too can be considered on appeal:

1. Motion to Modify the Restitution Order
2. Motion to Modify Sentencing
3. Motion for New Trial

Respectfully submitted,

John Anthony Castro
Defendant, Pro Se