UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 4:24-CR-001

JOHN ANTHONY CASTRO

**MOTION FOR COMPLIANCE WITH FRCrP 32(i)(3)(C)**

Defendant John Anthony Castro, pro se, moves this Court to comply with Fed. R. Crim. P. 32(i)(3)(C) and update the final Presentencing Report (PSR) provided to the Federal Bureau of Prisons (BOP) to properly reflect his status as a United States Veteran. Defendant has a DD-214 reflecting an Honorable Discharge from the United States Armed Forces. The Government, despite slandering Defendant repeatedly with false claims that he was lying, was proven to be lying on this topic and provided no evidence, testimony, or law to contradict Defendant's position that he was a Veteran as defined under federal law.

Although Defendant trusts that God and the law will show his innocence on appellate review, Defendant's status as a United States Veteran has a significant impact regarding which programs and work assignments he is eligible for while in the BOP. Based on the foregoing, Defendant moves this Court to update the Final PSR provided to the BOP to properly reflect his status as a United States Veteran.

Submitted,

*[signature]*

John Anthony Castro
Defendant, Pro Se
Registered Number 93890-510
FCI Oakdale I
P.O. Box 5000
Oakdale, LA 71463

## CERTIFICATE OF SERVICE

On January 8, 2025, I filed the MOTION FOR COMPLIANCE WITH FRCrP 32(i)(3)(C) with the district clerk for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure (a)(3)(b).

Respectfully submitted,

*[signature]*

John Anthony Castro
Defendant, Pro Se
Registered Number 93890-510
FCI Oakdale 1
P.O. Box 5000
Oakdale, LA 71463

John Anthony Castro
Registered Number 93890-510
FCI Oakdale I
1507 East Whatley Road
Oakdale, LA 71463
Pro Se Defendant
Email: j.castro@johncastro.com

**UNITED STATES DISRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FOR WORTH DIVISON**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.: 4:24-CR-001 |
| Plaintiff(s), | ) |
| v. | ) PROPOSED ORDER FOR MOTION |
| JOHN ANTHONY CASTRO | ) FOR COMPLIANCE WITH FRCrP |
| Defendant(s). | ) 32 (i)(3)(C) |

**PROPOSED ORDER**

Upon consideration of Defendant's Motion to 'MOTION FOR COMPLIANCE WITH FRCrP 32 (i)(3)(C),' and Defendant's opposition thereto, it is herby

ORDERED that Defendant's motion is GRANTED/ NOT GRANTED

So ordered on this _____ day of January, 2025.


TERRY R MEANS
United States District Court