```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:24-CR-001-Y |
| | § | |
| JOHN ANTHONY CASTRO (1) | § | |

## ORDER DENYING MOTIONS FOR EVIDENTIARY HEARING AND OVERRULING OBJECTION

Pending before the Court is Defendant's Sealed Motion for Evidentiary Hearing on Motion for New Trial (doc. 136), which was filed on December 20, 2024. On December 19, however, the Court issued an order (doc. 134) denying Defendant's Motion for New Trial. As a result, Defendant's Motion for Evidentiary Hearing is DENIED as moot.

Also pending before the Court is Defendant's Motion for Evidentiary Hearing and Request for Discovery in Support of Motion to Modify Restitution Order (doc. 139), which was filed on December 31, 2024. The Motion to Modify Restitution Order was denied, however, in an order (doc. 138) filed on December 23. Consequently, this motion is also DENIED as moot.

Finally, Defendant has filed an Objection to Denial of Motions for New Trial and Evidentiary Hearing (doc. 140). Defendant's objection is OVERRULED.

SIGNED January 13, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE